

FILED

AUG 1 3 2019

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA CHARLESTON

UNITED STATES OF AMERICA

v.

DIANNE RICHARDSON

CRIMINAL NO. $Z$-19-195

18 U.S.C. § 657

## I N F O R M A T I O N
### (Financial Institution Embezzlement)

The United States Attorney Charges:

Beginning in or about September 2013, and continuing until in or about February 2019, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant, DIANNE RICHARDSON, being an employee of Pioneer West Virginia Federal Credit Union, the accounts of which are insured by the National Credit Union Administration Board, did knowingly and willfully, and with the intent to inflict financial injury and to defraud the institution, embezzle, abstract, purloin, and willfully misapply in excess of $1,000.00 of moneys, funds, credits, securities and other things of value belonging to Pioneer West Virginia Federal Credit Union and pledged or otherwise entrusted to its care.

In violation of Title 18, United States Code, Section 657.

MICHAEL B. STUART
United States Attorney

By: _____

CHRISTOPHER R. ARTHUR
Assistant United States Attorney